UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RAYMILLIER TENNARD, JR., <br><br> Petitioner, <br><br> v. <br><br> ROBERT NEUSCHMID, Warden, <br><br> Respondent. | Case No. 5:19-cv-01186-GW (AFM) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and Objections have not been received. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered (1) denying Petitioner's motion for reconsideration as moot; (2) denying Petitioner's request for an evidentiary hearing; and (3) denying the petition and dismissing the action with prejudice.

DATED: March 4, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE